GEORGE LANDUSKY, Respondent, *v.* EDWARD C. BEIRNE, Appellant.

*Landusky v. Beirne*, 80 App. Div. 272, affirmed.
(Argued February 12, 1904; decided March 4, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 20, 1903, affirming a judgment in favor of plain-

tiff entered upon a decision of the court on trial at Special Term.

*Lewis E. Carr* and *W. A. Parshall* for appellant.

*Frank Lybolt* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ. Absent: PARKER, Ch. J.